First Department. December 22, 1911.) Proceeding by the People of the State of New York against William Sullivan. E. S. Booth, for appellant. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. WILDRICK. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Proceeding by the People of the State of New York against Florence Wildrick. No opinion. Motion granted. Order filed.

PEOPLE ex rel. BAKER v. BOARD OF SUP'RS OF CORTLAND COUNTY. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Proceeding by the People of the State of New York, on the relation of Benjamin Baker, Jr., against the Board of Supervisors of Cortland County. No opinion. Determination unanimously confirmed, with $25 costs and disbursements, on the ground that the amount allowed was reasonable, and claimant was not entitled to notice of hearing.

PEOPLE ex rel. COLLINS v. BAKER, Police Com'r. (Supreme Court, Appellate Division, Second Department. December 21, 1911.) Proceeding by the People of the State of New York, on the relation of Patrick L. Collins, against William F. Baker, as Police Commissioner of the City of New York. No opinion. Determination confirmed, with costs.

PEOPLE ex rel. CORNELL STEAMBOAT CO. v. KELSEY, State Comptroller. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Proceeding by the People of the State of New York, on the relation of the Cornell Steamboat Company, against Otto Kelsey, Comptroller of the State of New York. No opinion. Determination of the Comptroller unanimously confirmed, with $50 costs and disbursements.

PEOPLE ex rel. DISCHLER v. DISCHLER. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Proceeding by the People of the State of New York, on the relation of Gisela Dischler, against Louis Dischler. No opinion. Motion granted. Order filed.

PEOPLE ex rel. EVANS v. BAKER, Com'r. (Supreme Court, Appellate Division, First Department. December 29, 1911.) Proceeding by the People of the State of New York, on the relation of Wallace W. Evans, against William F. Baker, Commissioner. L. J. Grant, for relator. H. Crone, for defendant. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. GOLDING v. HENDERSON. (Supreme Court, Appellate Division,

First Department. January 12, 1912.) Proceeding by the People of the State of New York, on the relation of William E. Golding, against Jas. A. Henderson. With this case have been consolidated in this court cases bearing titles as follows: People ex rel. Achilles Versos v. John C. McGuire; Charles H. Baker v. City; Bernard Gredinger v. Thomas H. Higgins et al. No opinions. Motions granted, with $10 costs. Orders filed.

PEOPLE ex rel. GRAHAM, Respondent, v. WALKER et al., Appellants. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Proceeding by the People of the State of New York, on the relation of Thomas H. Graham, against James E. Walker and others. S. S. Breslin, for appellants. J. G. Dean, for respondent. No opinion. Order affirmed, with costs. Order filed.

PEOPLE ex rel. KIMBALL v. TOMKINS, Com'r. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Proceeding by the People of the State of New York, on the relation of George Kimball, against Calvin Tomkins, as Commissioner, etc. P. H. Loftus, for relator. H. Crone, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. KLEIN, Respondent, v. BARLOW, City Magistrate, Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Proceeding by the People of the State of New York, on the relation of Jacob Klein, against Peter C. Barlow, City Magistrate, etc. R. S. Johnstone, for appellant. C. Goldzier, for respondent. No opinion. Order affirmed. Order filed.

PEOPLE ex rel. LAVIER v. ALLEN et al. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Proceeding by the People of the State of New York, on the relation of Charles Lavier, against Harry Allen and others, as examining and supervising board of plumbers, etc. No opinion. Writ of certiorari sustained, and determination of the board annulled, without costs.

PEOPLE ex rel. MEAGHER v. BAKER, Police Com'r. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Proceeding by the People of the State of New York, on the relation of James E. Meagher, against William F. Baker, as Police Commissioner, etc. PER CURIAM. Determination reversed, with $50 costs and disbursements, and relator restored to his position, on the ground that the proof of relator's guilt is not established by a fair preponderance of the evidence. THOMAS, J., dissents.

PEOPLE ex rel. NEW YORK EDISON CO. v. WILLCOX et al. (Supreme Court, Appel-